UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| JOHN LEDGERWOOD,<br><br>    Plaintiff,<br>  v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-3061-JTR<br><br>JUDGMENT IN A CIVIL CASE |

### **DECISION BY THE COURT**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

### **IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).  Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED:  March 24, 2014

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk